IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BALDOMERO LOPEZ, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 7:05-CV-114 (HL) |
| | : | 28 U.S.C. § 2255 |
| | : | CASE NO. 7:04-CR-10 (HL) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |
| | : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 83) filed May 4, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the petitioner to the Magistrate Judge's Recommendation (Doc. 85) filed May 12, 2006 have also been read and thoroughly considered and are found to be without merit.

**SO ORDERED,** this the 5th day of June, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court