**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **Baldomero Lopez,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 7:04-cr-10 (HL) |
| | : | |
| **United States of America,** | : | |
| | : | |
| Respondent. | : | |

_____

### ORDER

In a letter to the Court (Doc. 124), Petitioner Baldomero Lopez states that he failed to receive a copy of the Magistrate Judge's Report and Recommendation (Doc. 121). He therefore requests that the Court give him additional time to file objections.

Although the record indicates that service of the Report and Recommendation was properly made under Federal Rule of Civil Procedure Rule 5(b)(2)(B), the Court hereby orders that another copy of the Magistrate Judge's Report and Recommendation (Doc. 121) be mailed to Petitioner. The Court will consider the objections if they are filed by December 3, 2007.

SO ORDERED, this 2nd day of November, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch

1