# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**Baldomero Lopez,**                                    :
                                                        :
    Petitioner,                     :
                                                        :
                                                        :
v.                                                      :          7:04-cr-10 (HL)
                                                        :
                                                        :
**United States of America,**                           :
                                                        :
    Respondent.                      :
_____

## ORDER

Before the Court is Defendant's pro se Motion to Recall this Court's October 22, 2007 Order, which adopted the Magistrate Judge's Report and Recommendations and dismissed Defendant's Rule 60(b) Motion. Upon receiving notice of this Court's October 22, 2007 ruling, Defendant objected on the grounds that he did not receive notice of the Magistrate Judge's Report and Recommendation, and he therefore requested an extension of time to file objections. The Court granted this request in its November 2, 2007 Order and gave Defendant until December 3, 2007 to file objections (Doc. 125). No objections have been filed.[1]

Defendant's Motion to Recall the Court's Order (Doc. 124) is therefore denied.

SO ORDERED, this 6th day of December, 2007.

_____

[1]Defendant requested even more time in his Motion for Extension of Time filed on November 23, 2007 (Doc. 126). That Motion was denied, however, by the Magistrate Court on November 26, 2007 (Doc. 127).

1

s/   *Hugh Lawson*
**HUGH LAWSON, Judge**

tch